**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-6131**

———————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

TROY J. GREEN,

        Defendant - Appellant.

———————

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  John Preston Bailey, Chief District Judge.  (3:02-cr-00026-JPB-JES-3)

———————

Submitted:  March 11, 2014       Decided:  March 14, 2014

———————

Before MOTZ, SHEDD, and THACKER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Troy J. Green, Appellant Pro Se.  Paul Thomas Camilletti, Thomas Oliver Mucklow, Assistant United States Attorneys, Martinsburg, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Troy J. Green appeals the district court's order denying his motion for termination of his supervised release under 18 U.S.C. § 3583(e)(1) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Green, No. 3:02-cr-00026-JPB-JES-3 (N.D. W. Va. Jan. 15, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED